UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-8251-GW-JCx | Date | June 21, 2024 |
|---|---|---|---|
| Title | *Luk Y. Kim v. Shein Distribution Corporation, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On June 20, 2024, Defendant Shein Distribution Corporation filed a Notice of Settlement and Joint Request to Stay all Deadlines [31]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for July 29, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 25, 2024.

Initials of Preparer   JG