HYUNSUK ALBERT CHANG (SBN 206270)
Email: albertchang@aclawfirm.net
LAW OFFICES OF ALBERT CHANG
879 W. 190th Street, Suite 400
Gardena, CA 90248
Telephone: (310) 769-6836

Attorneys for Plaintiff LUKE Y. KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LUKE Y. KIM, an individual

      Plaintiff,

  vs.

SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  2:23-cv-08251-GW-JC
Hon. George H. Wu

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SHEIN DISTRIBUTION CORPORATION PURSUANT TO FRCP41(a)(1)(A)(ii)**

    Plaintiff Luke Y. Kim and Defendant Shein Distribution Corporation settled all of Plaintiff's claims against Defendant. The Parties signed the settlement agreement on July 17, 2024, and the settlement amount is due by August 16, 2024.

    The Parties agreed that this court retain jurisdiction over this case until the settlement amount is paid as required under the settlement agreement, i.e., by August 16, 2024. The Parties agreed that Plaintiff will file with this court a joint stipulation for dismissal of this action with prejudice at this time.

LAW OFFICES OF ALBERT CHANG
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836

Pursuant to FRCP 41(a)(1)(A)(ii), IT IS STIPULATED by and between the Parties hereto that this action may be dismissed with prejudice as to Defendant Shein Distribution Corporation and that this court retains jurisdiction to enforce the settlement agreement against Defendant Shein Distribution Corporation.

Respectfully submitted,

Dated: August 14, 2024          LAW OFFICES OF ALBERT CHANG

                               BY: /s/ Hyunsuk Albert Chang
                               Hyunsuk Albert Chang
                               Attorneys for Plaintiff Luke Y. Kim

Dated: August 14, 2024          BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

                               BY: /s/ Ziyoung "Sean" Li
                               Ziyoung "Sean" Li
                               Attorney for Defendant
                               Shein Distribution Corporation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concurs in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: August 14, 2024          LAW OFFICES OF ALBERT CHANG

                               BY: /s/ Hyunsuk Albert Chang
                               Hyunsuk Albert Chang
                               Attorney for Plaintiff Luke Y. Kim

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT**

2 -

**LAW OFFICES OF ALBERT CHANG**
1225 W. 190th Street, Suite 420
Gardena, California 90248
(310) 769-6836